## GARRICK TURNER *v.* COMMISSIONER OF CORRECTION

The petitioner Garrick Turner's petition for certification for appeal from the Appellate Court, 93 Conn. App. 276 (AC 26127), is denied.

*John R. Williams*, in support of the petition.

*Lisa A. Riggione*, senior assistant state's attorney, in opposition.

Decided March 2, 2006

## STATE OF CONNECTICUT *v.* AUSTIN H. JONES

The defendant's petition for certification for appeal from the Appellate Court, 93 Conn. App. 200 (AC 26193), is denied.

*Steven A. Tomeo*, in support of the petition.

*Mitchell S. Brody*, senior assistant state's attorney, in opposition.

Decided March 2, 2006